
UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 09-50107 |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| vs. | ) | DEFENDANT'S FIRST MOTION |
| | ) | FOR RECONSIDERATION OF |
| CHARLES SCHRADER, | ) | PRETRIAL RELEASE |
| | ) | [DOCKET 13] |
| Defendant. | ) | |

Defendant Charles Schrader moves the court to reconsider the detention order previously entered in this case. A hearing on this matter was held on Thursday, January 14, 2010. Upon consideration of the arguments presented at the hearing by both parties, the court hereby

ORDERS that Mr. Schrader's first motion for reconsideration of pretrial release [Docket 13] is denied.

Dated January 14, 2010.

BY THE COURT:

VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE